**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Southco, Inc.     v.   Fivetech Technology Inc.

No. 14-1390

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    Fivetech Technology Inc.
                                                                                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Heather H. Fan |
| Law firm: | Rhodes Attorneys at Law P.C. |
| Address: | One Market Street, Spear Tower, Suite 3600 |
| City, State and ZIP: | San Francisco, CA 94105 |
| Telephone: | (415) 293-8185 |
| Fax #: | (415) 293-4003 |
| E-mail address: | Heather@Rhodes-PC.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 15, 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| April 11, 2014 | /s/ Heather H. Fan |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2014, a copy of the foregoing **ENTRY OF APPEARANCE** was filed via the court's CM/ECF system and served by U.S. mail and by email on:

>Benjamin E. Leace (beleace@ratnerprestia.com)
>Andrew J. Koopman (akoopman@ratnerprestia.com)
>Christopher H. Blaszkowski (cblaszkowski@ratnerprestia.com)
>RATNERPRESTIA
>1235 Westlakes Drive, Suite 301
>Berwyn, PA 19312
>610-407-0700

*Attorneys for Plaintiff-Appellant*

                                              /s/ Heather H. Fan

                                          Heather H. Fan
                                          RHODES ATTORNEYS AT LAW P.C.
                                          One Market Street
                                          Spear Tower, Suite 3600
                                          San Francisco, CA 94105
                                          (415) 293-8185
                                          Heather@Rhodes-PC.com