# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOUTHCO, INC. v. FIVETECH TECHNOLOGY INC.

No. 14-1390

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Southco, Inc.

The party I represent is the Appellant.

My address, telephone number, and email address are:

Benjamin E. Leace
RatnerPrestia
1235 Westlakes Drive
Suite 301
Berwyn, PA 19482
Tel: 610-407-0700
Fax: 610-407-0701
Email: beleace@ratnerprestia.com

I am the principal attorney for this party in the case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar: April 27, 1990

This is not my first appearance before the United States Court of Appeals for the Federal Circuit.

Date: April 15, 2014         /s/ Benjamin E. Leace
                              Signature of counsel


cc: Elizabeth S. Fenton