**Appeal No. 2014-1390**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

SOUTHCO, INC.

*Appellant,*

v.

FIVETECH TECHNOLOGY INC.,

*Appellee.*

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in Case No. 10-cv-01060-MAM, Judge Mary A. McLaughlin

---

## SOUTHCO, INC.'S NOTICE OF CORRECTION

---

Southco, Inc. hereby notifies the Court and opposing counsel that it has filed a corrected version of its confidential opening brief. The only correction was to the certificate of service, changed to reflect service on opposing counsel by email.

| | |
|---|---|
| Dated: June 2, 2014 | */s/ Brian S. Seal* |
| | Brian S. Seal |
| | RATNER PRESTIA |
| | 1250 I Street, NW |
| | Suite 1000 |
| | Washington, DC 20005 |
| | T: 202−808−7364 |
| | F: 610-407-0701 |
| | Email: bseal@ratnerprestia.com |
| | |
| | *Attorney for Appellant Southco, Inc.* |

# **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of June 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users in this case.

                */s/ Brian S. Seal*
                Brian S. Seal