NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHCO, INC.,**
*Plaintiff - Appellant*

v.

**FIVETECH TECHNOLOGY INC., aka Wu Xiang Technology Company, Ltd., aka 5tech,**
*Defendant - Appellee*

---

2014-1390

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in no. 2:10-cv-01060-MAM, Judge Mary A. McLaughlin.

---

ON MOTION

Before MOORE, PLAGER, and WALLACH, *Circuit Judges*.

PER CURIAM.

O R D E R

Upon consideration of the unopposed motion of appellee Fivetech Technology Inc. to extend time to file its petition for rehearing by 15 days, until May 26, 2015,

IT IS ORDERED THAT:

The motion is granted. The petition for rehearing is due on or before May 26, 2015.

FOR THE COURT

April 24, 2015            /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court